# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**MICHAEL CLARK**,

    Plaintiff,

vs.                                  **CASE NUMBER: 6:13-CV-0799**

**NEW YORK STATE; GOVERNOR ANDREW CUOMO; ATTORNEY GENERAL ERIC SCHNEIDERMAN; UNIFIED COURT SYSTEM OF THE STATE OF NEW YORK; NEW YORK STATE COURT OF APPEALS, APPELLATE DIVISION, THIRD DEPARTMENT; FULTON COUNTY SUPREME COURT; SCHENECTADY COUNTY FAMILY COURT; NYS OFFICE OF TEMPORARY DISABILITIES AND ASSISTANCE; FULTON COUNTY; SCHENECTADY COUNTY; NATIONAL GRID POWER CORPORATION; GLOVERSVILLE POLICE DEPARTMENT; WILLIAM J. McCARTHY; ALLYSON LEVINE; JUDGE VITO CARUSO; CHIEF JONATHAN LIPPMAN; VICTORIA GRAFFEO; SUSAN PHILLIPS READ; ROBERT SMITH; EUGENE F. PIGGOT, JR.; THOMAS MERCURE; BERNARD MALONE; KAVANAUGH; KAREN PETERS; ROBERT ROSE; STEIN; EDWARD SPAIN; JOHN EGAN, JR.; GARRY; JOHN LATHINEN; JAMES RANOUS; JEFF WEYANT; ED RYAN; JUDGE RICHARD AULISI; JUDGE RICHARD GIARDINO; JUDGE FELIX CARENA; JUDGE MARK POWERS; JUDGE JOANNE ASSINI; SUPPORT MAGISTRATE COLLEEN QUIRION; SUPPORT MAGISTRATE JOHN ELLIS; SUPPORT MAGISTRATE JAMES DENSMORE; SUPPORT MAGISTRATE RICHARD DIMATTEO; CLERK MELISSA MILLS; CLERK DENISE RIGGI; CLERK LISA TRICOZZI; CLERK BETH KELLY; MARIA VIDAL; MARK LAHEY; GREGG HARRINGTON; KELLY VILGANTE; DAVID HANSELL; SCOTT E. CADE; ALICE CALLAHAN; ORRIE EIHACKER; H.O. BUSH; WILLIAM ESCHILER; JOHN RODGERS; ANN SOLAR; SHERDA COOPER; SHERIFF SCOTT McCOY; SHANNON SMITH; DENNIS PACKER; MARY CAROL HART; WILLIAM ZILBERMAN; CHRIS GARDNER; FRED GOLDMAN; MICHAEL GODLEWSKI; MARK CARUSO; JEAN CARNEY; JAMES MARTIN; SHERIFF VARUM; SHERIFF JOHNSON; KEVIN BURKE; SHANNON RINDERS; C. ENDERS;**

    Defendants.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That Plaintiff's Amended Complaint is dismissed for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine and for failure to state a claim upon which relief may be granted and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b)(i) and (ii).

The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal.

All of the above pursuant to the order of the Honorable Judge THOMAS J. McAVOY, dated the 17th day of January, 2014.

DATED: January 22, 2014

Clerk of Court

Christine Mergenthaler
Deputy Clerk

entered and served
1/22/2014 - cm